UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LEIGH TILLER, MULHAM HAFIEZ, BENNY GREENE, GABRIELLE CROWLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HILB GROUP OPERATING COMPANY, LLC,<br><br>    Defendant. | Case No. 3:23-cv-00759 (JAG) |

**PLAINITFFS' NOTICE OF SETTLEMENT**

  Plaintiffs Mulham Hafiez, Gabrielle Crowley, Benny Greene, Laura Fasolo, and Leigh Tiller ("Plaintiffs") hereby provide notice that the Parties have reached a class action settlement in principle under the guidance of Mediator Jill R. Sperber. Plaintiffs expect to file for preliminary approval of class action settlement within 30 days of this notice of settlement.

Dated: June 18, 2024

                Respectfully submitted,

                */s/ Lee A. Floyd*
                Lee A. Floyd, VSB #88459
                Sarah G. Sauble VSB #94757
                **BREIT BINIAZAN, PC**
                2100 East Cary Street, Suite 310
                Richmond, Virginia 23223
                Telephone: (804) 351-9040
                Facsimile: (804) 351-9170
                Lee@bbtrial.com
                Sarah@bbtrial.com

                *Interim Liaison Counsel*

                Terence R. Coates*
                Justin C. Walker*

**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com

*Interim Class Counsel*

Courney L. Weiner (No. 96733)
**LAW OFFICE OF COURTNEY WEINER PLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
T: (202) 827-9980
cw@courtneyweinerlaw.com

Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX  75081
Telephone: (405) 235-1560
wbf@federmanlaw.com

2

*Pro Hac Vice*

*Counsel for the Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2024, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Lee A. Floyd*
Lee A. Floyd
