**CIVIL NON-JURY TRIAL OR MOTION HEARING:**
**MINUTE SHEET**                                                                 DATE:   AUGUST 14, 2024

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>LEIGH TILLER<br><br>v.<br><br>THE HILB GROUP OPERATING COMPANY, LLC | Case No.   3:23-CV-759<br><br>Judge:   GIBNEY<br><br>Court Reporter:   GIL HALASZ, OCR |

MATTER COMES ON FOR:   ☐ BENCH TRIAL   ☒ MOTION HEARING   ☐ OTHER:

APPEARANCES:   Parties by ☐ with ☒ counsel       Pro Se ☐

MOTIONS BEFORE TRIAL: M. FOR SETTLEMENT PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (ECF 39)

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ☐    DEFENDANT(S) ☐  Court ☐

OPENING STATEMENTS MADE ☐         OPENING WAIVED ☐

PLAINTIFF(S) ADDUCED EVIDENCE ☐  RESTED ☐  MOTION ☐ _____

DEFENDANT(S) ADDUCED EVIDENCE ☐   RESTED ☐  MOTION ☐ _____

REBUTTAL EVIDENCE ADDUCED   ☐       SUR-REBUTTAL EVIDENCE ADDUCED ☐

EVIDENCE CONCLUDED ☐         ARGUMENTS OF COUNSEL HEARD ☐

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ☐     MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ☐  _____

CLERK TO ENTER JUDGMENT ON DECISION ☐  TRIAL EXHIBITS   ☐

THE COURT ORDERS ATTY'S TO REVISE THE PROPOSED ORDER WITH THE CHANGES STATED FROM THE BENCH AND SEND REVISED VERSION TO LAW CLERK BY AUGUST 15, 2024. FINAL APPROVAL HEARING SET FOR FEBRUARY 3, 2025 AT 10:00 AM.

_____

Counsel for Plaintiff(s):

Lee Floyd, Terence Coates, David Leitz
_____
Counsel for Defendants:

Frederick Rudesheim, Joshua Becker


    SET: 10:00 AM        Began: 10:07 AM        ENDED: 10:27 AM        TIME IN COURT: 20 MINUTES