UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LEIGH TILLER, MULHAM HAFIEZ, BENNY GREENE, LAURA FASOLO, and GABRIELLE CROWLEY, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE HILB GROUP OPERATING COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00759 (JAG) |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

　　Plaintiffs Leigh Tiller, Mulham Hafiez, Benny Greene, Laura Fasolo, and Gabrielle Crowley (collectively, "Plaintiffs"), move for entry of an order granting final approval of this proposed class action settlement and certifying the settlement class. For the reasons set forth below, Plaintiffs respectfully request that the Court, after the final approval hearing scheduled for February 3, 2025, grant this motion, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses, and Class Representative Service Awards, and enter a final judgment dismissing this case. This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; Declaration of Andrea R. Dubinsky of Kroll Settlement Administration, LLC in Connection with Final Approval of Settlement (attached as **Exhibit 1** to the Memorandum in Support); the Declaration of Class Counsel Terence R. Coates in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (attached as **Exhibit 2** to the

1

Memorandum in Support), and all files, records, and proceedings in this matter. A proposed Order Granting Final Approval of Class Action Settlement is attached as **Exhibit 3** to the Memorandum.

Dated: January 20, 2025                                    Respectfully submitted,

                                                                         */s/ Lee A. Floyd*
Lee A. Floyd, VSB #88459
Sarah G. Sauble VSB #94757
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
*lee@bbtrial.com*
*sarah@bbtrial.com*

Terence R. Coates (pro hac vice)
Justin C. Walker (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*

Courney L. Weiner (No. 96733)
**LAW OFFICE OF COURTNEY WEINERPLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
*cw@courtneyweinerlaw.com*

David K. Lietz (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
*dlietz@milberg.com*

2

Kevin Laukaitis (pro hac vice)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
*klaukaitis@laukaitislaw.com*

William B. Federman (pro hac vice)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
*wbf@federmanlaw.com*

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System and was thereby served on all counsel of record.

>                             */s/ Lee A. Floyd*
>                             Lee A. Floyd