**CIVIL NON-JURY TRIAL OR MOTION HEARING: MINUTE SHEET**

DATE: FEBRUARY 3, 2025

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>LEIGH TILLER<br><br>v.<br><br>THE HILB GROUP OPERATING COMPANY, LCC | Case No. 3:23-CV-759<br><br>Judge: GIBNEY<br><br>Court Reporter: GIL HALASZ, OCR |

MATTER COMES ON FOR:   ☐ BENCH TRIAL   ☐ MOTION HEARING   ☒ OTHER: FINAL APPROVAL HEARING

APPEARANCES:   Parties by ☐ with ☒ counsel      Pro Se ☐

MOTIONS BEFORE TRIAL: _____
_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ☐   DEFENDANT(S) ☐   Court ☐

OPENING STATEMENTS MADE ☐      OPENING WAIVED ☐

PLAINTIFF(S) ADDUCED EVIDENCE ☐   RESTED ☐   MOTION ☐ _____

DEFENDANT(S) ADDUCED EVIDENCE ☐   RESTED ☐   MOTION ☐ _____

REBUTTAL EVIDENCE ADDUCED   ☐      SUR-REBUTTAL EVIDENCE ADDUCED ☐

EVIDENCE CONCLUDED ☐      ARGUMENTS OF COUNSEL HEARD ☐

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ☐      MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ☐   _____

CLERK TO ENTER JUDGMENT ON DECISION ☐   TRIAL EXHIBITS   ☐

THE COURT APPROVES THE FINAL SETTLEMENT AND GRANTS ATTORNEY FEES. WRITTEN PROPOSAL RE: WHO WILL BE DESIGNATED AS CY PRES TO COLLECT THE FUNDS OF THE CLASS MEMBERS WHO DO NOT CASH OUT DUE 8/3/2025.

Counsel for Plaintiff:

Lee Floyd, Terrence Coats, and David Lietz

Counsel for Defendant:

Frederick Rudesheim and Joshua Becker

SET: 10:00 AM      Began: 10:01 AM      ENDED: 10:17 AM      TIME IN COURT: 16 MINUTES